UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
CIVIL CONTEMPT HEARING

Eastern District of Kentucky
**FILED**

SEP 01 2017

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

COV.CR. **17-2001M-1 -JGW** at **COVINGTON**                           **09/01/2017**

**IN RE: Joseph Shockey**                              **X** Present    **X** Custody

Present:   **Magistrate Judge J. Gregory Wehrman**

| **Kati Bramble** | **Joan AverdicK** | **Robert McBride** |
|---|---|---|
| Deputy Clerk | Court Reporter | Attorneys for the United States |

**None**
Attorneys present for Defendant            __ Present    __ Appointed

---

   This matter was set for civil contempt hearing on 9/1/ 2017 as it relates to Bankruptcy Petition 16-21623-tnw with the appearances noted above. On 8/31/2017 U.S. Bankruptcy Judge Tracey Wise issued a contempt order which is Doc. 144-1 and arrest warrant (Doc. 146) for Joseph Shockey. The Court read the contempt order in open Court and advised Shockey of his rights. Shockey advised the Court he understood the pending civil contempt order.

   **IT IS ORDERED:**

1)   This matter is continued until **Tuesday, September 5, 2017 at 11:00 a.m.** in Lexington before U.S. Bankruptcy Judge Tracey Wise at the United States Bankruptcy Court, 100 East Vine Street, 3rd Floor, Lexington KY 40507;

2)   Joseph Shockey is remanded to the custody of the United Marshal.


USA/USPO/USM/CJA/                                           Deputy Clerk Init. **krb**
TIC: 14 mins.